# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2078

Patrick J. Lynch, as trustee of the Health and Welfare Fund and the Retiree Health & Welfare Fund of the Patrolmen's Benevolent Association of the City of New York and on behalf of all other similarly situated Plans

Appellant

v.

National Prescription Administrators, Inc., et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:05-cv-00828-HEA)

---

**ORDER**

The joint motion of the parties for an extension of time in which to file their briefs is granted. Appellants' may have until July 2, 2014 to file their brief and appendix. Appellees' may have until August 15, 2014 to file their brief.

May 28, 2014

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans